FILED
IN COURT
CHARLOTTE, N. C.

JUN 28 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:06CR37-V |
| | ) | |
| v. | ) | ORDER SEALING |
| | ) | BILL OF INDICTMENT |
| | ) | |
| RAUL NIETO-NUNEZ, ET AL | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment in this matter be sealed, pursuant to the on-going nature of the investigation in this matter;

NOW THEREFORE IT IS ORDERED that the Bill of Indictment in this matter be sealed and remain sealed until such time as the United States thereafter moves for the unsealing of same.

This the 28th day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE